**No. 21-2644**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| Jose Ageo LUNA VANEGAS, | On Appeal from the United States District Court for the Western District of Wisconsin |
| *Plaintiff-Appellant,* | |
| v. | No. 3:21-cv-00054-jdp |
| SIGNET BUILDERS, INC., | Hon. James D. Peterson, Chief District Court Judge |
| *Defendant-Appellee.* | |

**MOTION FOR LEAVE TO WITHDRAW JAY K. SIMMONS
AS COUNSEL FOR *AMICUS CURIAE* MARY J. WILSON**

The law firm Jenner & Block LLP, files this Motion for Leave to Withdraw Jay K. Simmons as Counsel for *Amicus Curiae* Mary J. Wilson in the above captioned case. In support of this motion, Jenner & Block LLP states as follows:

1. Ross B. Bricker of Jenner & Block LLP has represented Ms. Wilson since December 6, 2021, in this appeal. *See* App. Dkt. 19. Mr. Simmons, an associate at Jenner & Block, has assisted Mr. Bricker in Ms. Wilson's representation and filed an appearance in this matter. App. Dkt. 21.

2. On May 13, 2022, Mr. Simmons is leaving the firm of Jenner & Block LLP.

3. Ross B. Bricker, counsel of record, and Jenner & Block LLP will continue to represent Ms. Wilson.

WHEREFORE, for the foregoing reasons, Jenner & Block LLP respectfully requests that this Court grant leave to withdraw Jay K. Simmons as counsel for *Amicus Curiae* Mary J. Wilson.

Dated: May 09, 2022

Respectfully submitted,

By: */s/ Ross B. Bricker*
    Ross B. Bricker
    *Counsel of Record*
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
rbricker@jenner.com

*Counsel for Amicus Curiae
Mary J. Wilson*

May 09, 2022

## CERTIFICATE OF SERVICE

I, Ross B. Bricker, an attorney, hereby certify that on the 9th day of May, 2022, I caused the foregoing **Motion for Leave to Withdraw Jay K. Simmons as Counsel for *Amicus Curiae* Mary J. Wilson** to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>/s/ <em>Ross B. Bricker</em></u><br>Ross B. Bricker