# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 3, 2023

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

    Re:  Signet Builders, Inc.
           v. Jose Ageo Luna Vanegas
           Application No. 22A564
           (Your No. 21-2644)

Dear Clerk:

    The application for a further extension of time in the above-entitled case has been presented to Justice Barrett, who on February 3, 2023, extended the time to and including March 11, 2023.

    This letter has been sent to those designated on the attached notification list.

                                              Sincerely,

                                              **Scott S. Harris**, Clerk

                                              by

                                              Susan Frimpong
                                              Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Paul D. Clement
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314


Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604